___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

SEP 21 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN JOSEPH SMITH,

    Plaintiff,

v.

AL STICKNEY, et al.,

    Defendants.

Case No. C11-1874-JLR

**ORDER OF DISMISSAL**

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation.

(2)     This action is **DISMISSED** without prejudice.

(3)     The Clerk is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this 21ST day of Sept., 2012.

                              /s/ James L. Robart
                              JAMES L. ROBART
                              United States District Judge

ORDER OF DISMISSAL - 1

11-CV-01874-ORD