FILED ___ENTERED
LODGED ___RECEIVED

SEP 21 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN JOSEPH SMITH,

          Plaintiff,

v.

AL STICKNEY, et al.,

          Defendants.

Case No. C11-1874-JLR

**ORDER OF DISMISSAL**

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation.

(2)     This action is **DISMISSED** without prejudice.

(3)     The Clerk is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this 21ST day of Sept., 2012.

                        JAMES L. ROBART
                        United States District Judge

ORDER OF DISMISSAL - 1

11-CV-01874-ORD